No. 251. A. W. MELLON, DIRECTOR GENERAL *v.* C. B. IVEY AND E. S. ESTES. October 10, 1927. Petition for a

writ of certiorari to the Supreme Court of the State of Florida denied. *Mr. Scott M. Loftin* for petitioner. *Mr. Roswell King* for respondents.